# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-7944 MRW | Date | November 5, 2020 |
| Title | Marquez v. Kim | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER RE: DISMISSAL

    Plaintiff filed a notice to dismiss this case with prejudice. (Docket # 12.) This action is dismissed with prejudice.